**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JOSE AYALA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. 4:21-cv-00408** |
| | § | |
| **Trader Joe's Company,** | § | |
| | § | |
| **Defendant.** | § | |

**DEFENDANT TRADER JOE'S COMPANY'S**
**CERTIFICATE OF INTERESTED PARTIES**

Defendant Trader Joe's Company ("Defendant") files this Certificate of Interested Parties and certifies that the following listed persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other legal entities are financially interested in the outcome of this litigation:

1. Jose Ayala, Plaintiff;

2. Trader Joe's Company, Defendant; and

3. T.A.C.T. Holding, Inc., parent corporation of Trader Joe's Company.

Dated: March 23, 2021

*Of Counsel:*

Analiza Rodriguez
State Bar No. 24110290
S.D. Tex. ID No. 24110290
anrodriguez@littler.com
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, TX  77010
713.652.4736 (Telephone)
713.951.9212 (Facsimile)

Respectfully submitted,

*/s/ Kelley Edwards*
Kelley Edwards
State Bar No. 24041775
S.D. Tex. ID No. 560755
kedwards@littler.com
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, Texas 77010
713.951.9400 (Telephone)
713.951.9212 (Facsimile)

**ATTORNEYS FOR DEFENDANT
TRADER JOE'S COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2021, a copy of the foregoing document has been electronically filed with the Court, and served on the following counsel of record by CM/ECF:

Allecia Lindsey Pottinger
Allecia Lindsey Pottinger Law Firm, PLLC.
6300 West Loop South, Suite 610
Bellaire, Texas 77401
allecia@alplawfirm.com

*/s/ Kelley Edwards*
Kelley Edwards

4813-6592-6624.2