# Exhibit B

# TRADER JOE'S SAFETY NOTEBOOK

# APPENDIX

## COVID-19 INFECTION PREVENTION

**WHAT IS COVID-19 AND HOW DOES IT SPREAD?**
COVID-19 is a novel coronavirus (new coronavirus that has not been previously identified) that can spread from person to person, mainly through respiratory droplets produced when an infected person coughs, sneezes, or talks. COVID-19 may also spread from touching a surface or object that has the coronavirus on it, and then touching your mouth, nose, or eyes.

There is currently no vaccine to protect against COVID-19. The best ways to slow the spread of COVID-19 is to practice social distancing, frequent hand washing, avoid touching your face, and cleaning/disinfecting frequently touched surfaces.

**RECOGNIZING SYMPTOMS**
People with COVID-19 have had a wide range of symptoms, from mild or no symptoms to severe illness. These symptoms may appear 2 to 14 days after being exposed to the virus:

- Fever
- Cough
- Shortness of breath or difficulty breathing
- Chills
- Repeated shaking with chills
- Muscle pain
- Headache
- Sore throat
- New loss of taste or smell

If you develop a fever and symptoms of respiratory illness, such as cough or shortness of breath, call your health-care provider right away. We are encouraging Crew who are exhibiting any of the above symptoms to see a medical provider and not come to work.

TJC000126

# TRADER JOE'S SAFETY NOTEBOOK

## STAY HOME WHEN ILL

Crew Members who do not feel well should consult a doctor for guidance about whether their symptoms may be caused by COVID-19. If your doctor does not believe the symptoms are caused by COVID-19, please do not return to work until you have been free of all symptoms (including fever of 100.4°F or greater, or signs of a fever) for at least 24 hours, without the use of symptom-altering medication. In all cases, follow the guidance of your healthcare provider and local health department.

Crew Members diagnosed with COVID-19 (with or without a test) should notify their Captain, and follow their doctor's advice. These Crew Members can return to work once authorized by their doctor and after at least 7 days after onset of symptoms and three days fever-free, without the use of symptom-altering medication.

## FEELING SICK WHILE AT WORK

If you develop symptoms upon arrival to work or become sick during the day, notify your Captain or Mates immediately so they can send you home.

## PERSONAL HYGIENE AND ETIQUETTE

Washing and sanitizing your hands and arms is the easiest way to promote good health. Avoid touching your eyes, nose, and/or mouth, especially if you have not washed your hands.

Wash your hands and arms often with soap and water for at least 20 seconds, or the time it takes to sing the "Happy Birthday" song twice. Best practice is to wash your hands and arms frequently, including but not limited to:
- When you arrive to work and before leaving work
- Before and after eating or preparing food
- After close interaction with others
- After touching shared surfaces, equipment, or tools
- Before and after using the toilet
- After blowing you nose, coughing, or sneezing

A "Rover" Crew Member, whose primary responsibility is to relieve Crew at the register has been introduced to help ensure each Crew Member has the flexibility to regularly wash their hands.

If soap and water are not readily available, apply hand sanitizer to cover all surfaces of your hands and rub them together until they feel dry. Please note, hand sanitizers are less effective than proper hand washing in preventing the spread of COVID-19.

TJC000127

# TRADER JOE'S SAFETY NOTEBOOK

Keep tissues handy so you are easily able to cover your cough or sneeze with a tissue, then throw the tissue in the trash, and wash your hands immediately. If you do not have a tissue, cough or sneeze into your elbow instead of your hands.

**PERSONAL PROTECTIVE EQUIPMENT**

The Center for Disease Control and Prevention (CDC) recommends wearing cloth face coverings to slow the spread of the virus and help people who may have the virus but do not know it from transmitting it to others.

Cloth face coverings have been provided to all stores for each Crew Member. For your protection and those around you, we strongly recommend and request that you wear the provided cloth face covering or your own preferred face covering (with plain or simple design). Where mandated by a governmental authority, Crew Members are required to wear a cloth face covering. The cloth face covering should:

- Fit snugly but comfortably against the side of your face
- Be secured with ties or ear loops
- Include multiple layers of fabric
- Allow for breathing without restriction
- Be able to be laundered and machine dried without damage or change to shape
- Be washed between wearing

Hands should be properly washed before putting on a face covering. Be careful not to touch your mouth, nose, and eyes when removing a face covering and wash your hands immediately after removal.

Please note, cloth face coverings are not a substitute for social distancing, frequent hand washing, or the practice of not touching your face. The cloth face coverings recommended are not surgical masks or N-95 respirators. Those are critical supplies that must continue to be reserved for healthcare workers and other medical first responders, as recommended by current CDC guidance.

The CDC has not recommended the use of gloves, but disposable vinyl gloves that were worn for food safety purposes at the demo station are also available to all Crew Members who choose to wear them while working on the sales floor. However, wearing gloves does not supersede proper hand washing and hand sanitizing that are essential to maintaining a healthy work environment.

TJC000128

# TRADER JOE'S SAFETY NOTEBOOK

**INCREASED ROUTINE CLEANINGS**

Daily cleaning should take place before opening or after closing. The registers, bathrooms, breakroom, the bridge, door handles, and all other high-touch areas in the store should be cleaned so that everything is freshly cleaned prior to opening.

Throughout the day, all frequently touched surfaces in the store should be routinely cleaned and disinfected, such as the Bridge, countertops, door handles, restrooms, registers, pin pads, coffee grinders, and carts/hand baskets.

The cleaning agents used meet the recommendation of the CDC and/or are EPA registered. Only Trader Joe's supplied cleaning agents should be used by the Crew to clean. All Crew working with the cleaning agents must read and understand the product's label and SDS before using. The product's label contains directions for proper use and safe handling, and both the product's label and SDS contain hazard warnings, precautionary statements, first aid procedures, and PPE requirements. Improper use or incorrect dilution may result in health hazards related to the chemical.

Additional information related to working with chemicals can be found in the Hazard Communication Program section of the Safety Notebook.

**SOCIAL DISTANCING**

The virus is thought to spread mainly from person-to-person. One of the most common ways it spreads is between people who are in close contact with one another (within 6 feet for 10 minutes or more). Social distancing is the term used to describe the practice of maintaining appropriate distance to avoid "close contact".

To maintain an environment that supports the health and safety of all Crew and Customers, the following store practices are now in place to support social distancing:

- Crew Members should avoid close contact (within 6 feet for 10 minutes or more) with other Crew Members, as well as with customers
- Reduced store opening hours
- Limiting the number of Customers in the store allowing Crew and Customers to keep the appropriate 6 feet distance
- Monitoring and/or marking the distance between customers waiting in line outside and at check stands
- Operating every other register at a time, and alternating for regular cleaning
- Installed temporary plexiglass barriers at all check stands
- Limiting quantities of purchase to allow everyone the opportunity to get what they need and reduce transaction time

TJC000129

# TRADER JOE'S SAFETY NOTEBOOK

Social distancing is important all over the store and at all times, including in the Bridge, during lunch breaks and while working in the store before and after hours. A new "Social Distancing" Helms role has been introduced to remind and encourage Crew and Customers to practice social distancing, such as:

- Number of Crew Members in the Bridge
- Distance between cashiers, baggers and customers at the checkout and time spent bagging at each open register
- Distance between Crew Members in the backroom and breakroom
- Distance between Crew Members working as a team on a particular task (before, during and after Live Action)
- Distance between customers while shopping and waiting in line outside or at the Checkout

## ADDITIONAL STRATEGIES TO PREVENT THE SPREAD OF ILLNESS

- Suspended Demo and Crew Tastings – Trader Joe's has stopped providing any food or beverage samples to Customers or Crew Members until further notice.
- Suspended Bottle Redemption Programs – As a precautionary measure, all bottle redemption programs are suspended until further notice.
- Suspended Use of Reusable Bags – Trader Joe's is currently no longer allowing customers to bag their own groceries into their own bags while in the store. If groceries are being bagged at the check stand, the Crew will utilize paper bags.

TJC000130

# TRADER JOE'S SAFETY NOTEBOOK

## CREW MEMBER ACKNOWLEDGMENT

I certify that I have read Trader Joe's Safety Notebook and understand the new requirements pertaining to preventing the spread of COVID-19 as mentioned in the Injury and Illness Prevention Program. I fully understand my responsibilities with respect to the policies and procedures as outlined. I further agree to comply with safe work practices.

Store #: 427                Trainer: _____

| Crew Member Name | Crew Member Signature | Date |
|---|---|---|
| DUSTIN FULLER | *[signature]* | 4/28/20 |
| Jorge Castillo | *[signature]* | 4/28/20 |
| Matthew Kim | *[signature]* | 4/28/20 |
| JERRY TOVAR | *[signature]* | 4/29/20 |
| Rachel Compson | *[signature]* | 4/29/20 |
| Ashley Davis | *[signature]* | 4/29/20 |
| ALYSSA MERCADA | *[signature]* | 4-29-20 |
| Melanie Hinojosa | Melanie Hinojosa | 4-29-20 |
| Christina Campos | *[signature]* | 4/29/20 |
| Elizabeth Emery | Elizabeth Emery | 4/29/20 |
| *[signature]* | Andrew Vaughn | 4/29/20 |
| Leonie S. Crutchfield | *[signature]* | 4/29/20 |
| Joe Foler | *[signature]* | 4/29/20 |

TJC000124

# TRADER JOE'S SAFETY NOTEBOOK

| Crew Member Name | Crew Member Signature | Date |
|---|---|---|
| PATRICK ADUSEI | | 4/29/20 |
| Mina sodaei | Mina Sodaei | 4/30/20 |
| Amir Khosravani Rad | Amir Rad | 4/30/20 |
| Naemeh Alizadeh | | 4/30/20 |
| Sampson Ilyo | Sampson Ilyo | 04-30-2020 |
| Holly Pulaski | Holly Pulaski | 4-30-20 |
| Josh Pinkerton | | 4-30-20 |
| RUDY RINDLISBACHER | | 4/30/20 |
| Alistair Jones | | 4/30/20 |
| Kevin Malloy | | 4/30/20 |
| Jose Ayala | | 4/30/20 |
| Erica Smolik | Erica Smolik | 4/30/20 |
| Amy Hoang | | 4/30/2020 |
| Sevyne Bayer | | 4/30/2020 |
| DAWN CANSDIN | | 4/30/20 |
| Madi Brumley | M. Brumley | 5/1/2020 |
| Brandon Mckenzie | | 5/3/2020 |
| Ian Stewart | Ian Stewart | 5/3/20 |
| MIRANDA LITVINCHUK | M. LITVINCHUK | 5/3/20 |
| Kaid Roemer | KR | 5/13/20 |
| Adam Snow | Adam Snow | 5/3/20 |
| Charles Sanchez | Ch Sanz | 5/3/20 |

TJC000125