# Exhibit E

Are you experiencing any of the following symptoms?

- o Fever

- o Cough

- o Shortness of Breath

- o Sore Throat

- o Diarrhea

- o Lack of sense of smell or taste

Do you live with anyone who has tested positive for COVID – 19 in the past 14 days or who is currently awaiting results for COVID – 19?

Are you awaiting results for a COVID-19 test?

If a Crew Member answers yes to any of the questions above, please circle it, fill in the information below, sign and date the bottom of this sheet, and keep the completed sheet on file in your store.

TJC000166