# Exhibit F

**From:** dustin fuller
**To:** Liz Hancock
**Subject:** Fw: José Ayala Covid-19 Statement
**Date:** Tuesday, May 5, 2020 7:07:06 AM

Jose's statement

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Monday, May 4, 2020, 9:28 PM, jose ayala <jose4719@att.net> wrote:

On 4/30/2020, I met with my Captain, Dustin Fuller and he provided new guidelines which detailed symptoms and expectations during Covid-19 pandemic. I recall the following symptoms listed: fever, cough, headache, sore throat, all of which I was not experiencing. However, the last sentence said if an employee had been tested for Covid-19, they are to stay at home while waiting for results. It was at that time that I brought it to my Captain's attention, and he sent me home.
On 4/27/2020, I went to a nearby facility at Smart Financial Center in Sugarland. That is where I was tested for a Covid-19 test by swabbing my nose. All they said was to expect a phone call with my test results in the next 3-10 business days. Today is 5/4/2020, and I have yet to experience any symptoms listed. The reason I tested for Covid-19 is because a relative I live with tested positive and I wanted to make sure I wasn't exposed. I wasn't told before 4/30/2020 to stay home if I was tested. I was only advised to stay home if I experienced any symptoms.  Please email me or call me at 650-387-2710 if you need anything else.


Thank you,
José Ayala

TJC000150