# Exhibit G

Location: 427 Houston (Memorial), TX

**Friday 04/24/20**

| Employee | Start | End | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Madilyn Brumley | 5:00 AM | 2:00 PM | | | | | | | | | | | | | |
| Dustin Fuller | 8:00 AM | 6:00 PM | | | | | | | | | | | | | |
| Rudy Rindlisbacher | 1:00 PM | 10:00 PM | | | | | | | | | | | | | |
| Jorge Castillo | 1:00 PM | 10:00 PM | | | | | | | | | | | | | |
| Alyssa Arreola | 5:00 AM | 1:00 PM | L | B | Y | B | Y | | | | | | | | |
| Andrew Vaughn | 5:00 AM | 1:00 PM | L | Y | B | Y | B | | | | | | | | |
| Scachica Guerro | 5:00 AM | 1:00 PM | L | Y | B | Y | B | | | | | | | | |
| Caleb F | 6:00 AM | 2:00 PM | Y | B | L | Y | B | | | | | | | | |
| Amir Khosravani Rad | 6:00 AM | 2:00 PM | B | L | Y | B | Y | B | | | | | | | |
| Akiich | 6:00 AM | 2:00 AM | B | L | Y | B | Y | B | | | | | | | |
| Ashley Davis | 6:00 AM | 2:00 PM | Y | D | L | B | Y | | | | | | | | |
| Mina Sodaei | 6:00 AM | 2:00 PM | A | L | A | A | A | | | | | | | | |
| Rachel Compson | 6:00 AM | 2:00 PM | A | A | A | L | A | | | | | | | | |
| Tabitha Lang | 6:00 AM | 2:00 PM | B | L | | | | | | | | | | | |
| Miranda Litvinchuk | 6:00 AM | 1:00 PM | D | Y | L | Y | B | D | | | | | | | |
| Christina Campos | 6:00 AM | 12:00 PM | L | Y | D | Y | D | | | | | | | | |
| Luz Florez Torres | 8:00 AM | 4:00 PM | | B | Y | B | L | Y | | | | | | | |
| Alistair Jones | 9:00 AM | 5:00 PM | | Y | B | Y | Y | L | B | | | | | | |
| Ariel Roy | 10:00 AM | 6:00 PM | | | Y | D | B | Y | L | L | | | | | |
| Brandon McKenzie | 2:00 PM | 10:00 PM | | | | | | | | D | | L | | | |
| Charles Sanchez | 2:00 PM | 10:00 PM | | | DAY | | | | | | L | | | | |
| David Ferchak | 2:00 PM | 10:00 PM | | | | | | | | | | | | | |
| Erica Smolik | 2:00 PM | 10:00 PM | | | | | | | D | | | L | | | |
| Jose Ayala | 2:00 PM | 10:00 PM | | | | | | | Y | B | L | B | Y | | |
| Joshua Pinkerton | 2:00 PM | 10:00 PM | | | | | B O | Y | | | | L | | | |
| Mark Cummings | 2:00 PM | 10:00 PM | | | | Wet | | | B | | L | | | | |
| Matthew Kim | 2:00 PM | 10:00 PM | | | | FRO | | | | | L | | | | |
| Mel Hinojosa | 2:00 PM | 10:00 PM | | | | | | | Y | B D | Y | | L | | |
| Naemeh Alizadeh | 2:00 PM | 10:00 PM | | | | | | | | B | Y | | L | | |
| Patrick Adusei Poku | 2:00 PM | 10:00 PM | | | | | | | | | L | | | | |
| Sampson Ikpo | 2:00 PM | 10:00 PM | | | | | | | | | | | | | |
| Sevyne Boyer | 2:00 PM | 10:00 PM | | | | | | | | | | | L | | |
| | | | 15 15 | 16 16 | 17 17 | 17 17 | 16 16 | 14 14 | 19 19 | 19 19 | 18 18 | 17 17 | 15 15 | 15 15 | 15 15 |

TJC000119

Location: 437-Houston-(Memorial), TX

**Saturday 04/25/20**

| Employee | Start | End | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Madilyn Brumley | 5:00 AM | 2:00 PM | | | | | | | | | | | | | |
| Dustin Fuller | 8:00 AM | 6:00 PM | | | | | | | | | | | | | |
| Jorge Castillo | 8:00 AM | 1:30 PM | | | | | | | | | | | | | |
| Rudy Rindlisbacher | 10:00 AM | 7:00 PM | | | | | 4 | | | | | | | | |
| Brianna Collard | 1:00 PM | 10:00 PM | | | | | | | | | | | | | |
| Jerry Tovar | 1:00 PM | 10:00 PM | | | | | | | | | | | | | |
| Alyssa Arreola MB | 5:00 AM | 1:00 PM | L | B | Y | B | Y | | | | | | | | |
| Andrew Vaughn MB | 5:00 AM | 1:00 PM | L | B | Y | B | Y | | | | | | | | |
| Scachica Guerro MB | 5:00 AM | 1:00 PM | L | Y | B | Y | B | | | | | | | | |
| Emily Frey MB | 5:00 AM | 12:00 PM | Y | L | B | Y | | | | | | | | | |
| Akiich Ojoch MB | 6:00 AM | 2:00 PM | B | L | Y | B | Y | | | | | | | | |
| Ariel Roy MB | 6:00 AM | 2:00 PM | B | L | Y | B | D | Y | | | | | | | |
| Felix Moreno MB | 6:00 AM | 2:00 PM | L | Y | B | Y | B | | | | | | | | |
| Jasmine Sanchez MB | 6:00 AM | 2:00 PM | B | Y | L | Y | B | | | | | | | | |
| Tabitha Lang MB | 6:00 AM | 2:00 PM | B | Y | L | D | B | Y | | | | | | | |
| Miranda Litvinchuk MB | 6:00 AM | 1:00 PM | D | Y | L | B | Y | D | | | | | | | |
| Christina Campos MB | 6:00 AM | 12:00 PM | L | Y | D | Y | | | | | | | | | |
| Edward Gharibiangharghi MB | 6:00 AM | 12:00 PM | Y | D | Y | B | | | | | | | | | |
| Ian Stewart MB | 8:00 AM | 4:00 PM | | B | Y | B | L | Y | B | Y | | | | | |
| Kevin Malloy | 10:00 AM | 6:00 PM | | | B | Y | B | Y | Y | L | B | Y | | | |
| Devin Putch | 12:00 PM | 7:00 PM | | | | | CE | CE | CE | CE | L | CE | CE | | |
| Saad Ahmed | 12:00 PM | 7:00 PM | | | | | CE | CE | CE | L | CE | CE | CE | | |
| Adam Snow BC | 2:00 PM | 10:00 PM | | | | | | | B | D | L | | Y | | |
| Amy Hoang BC | 2:00 PM | 10:00 PM | | | | | | | B | Y | L | Y | | | |
| Brandon McKenzie BC | 2:00 PM | 10:00 PM | | | BOX | | | | B | Y | L | Y | B | | |
| Charles Sanchez DF | 2:00 PM | 10:00 PM | | | | | | | | | | | | | |
| Danielle Bailey BC | 2:00 PM | 10:00 PM | | | | | | | B | | L | Y | | | |
| Erica Smolik BC | 2:00 PM | 10:00 PM | | | | | | | D | B | L | | | | |
| Holly Pulaski | 2:00 PM | 10:00 PM | | | | | | | Y | B | L | Y | | | |
| Jose Ayala BC | 2:00 PM | 10:00 PM | | | DRY | | | | B | Y | B | L | | | |
| Joseph Faler BC | 2:00 PM | 10:00 PM | | | Wet | | | | B | Y | B | B | L | | |
| Kaid Roemer BC | 2:00 PM | 10:00 PM | | | Fro | | | | B | B | L | Y | | | |
| Mark Cummings BC | 2:00 PM | 10:00 PM | | | | | | | B | Y | L | Y | D | | |
| Matthew Kim BC | 2:00 PM | 10:00 PM | | | | | | | Y | B | Y | D | L | | |
| Naemeh Alizadeh BC | 2:00 PM | 10:00 PM | | | | | | | B | Y | L | Y | | | |
| Patrick Adusei Poku DF | 2:00 PM | 10:00 PM | | | | | | | | | | | | | |
| Sevyne Boyer BC | 2:00 PM | 10:00 PM | | | | | | | Y | B | D | Y | L | | |
| | | | 16 16 | 16 16 | 18 18 | 18 18 | 17 17 | 16 16 | 24 24 | 24 24 | 23 23 | 23 23 | 21 21 | 18 18 | 18 18 |

6  6  6  6  6



happy saturday! you ARE ALL AMAZING!

TJC000120

Location: 427 Houston (Memorial), TX

**Sunday 04/26/20**

| Employee | Start | End | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Madilyn Brumley | 5:00 AM | 2:00 PM | | Y | | | | | | | | | | | |
| Rudy Rindlisbacher | 5:00 AM | 2:00 PM | | Felix | | | | | | | | | | | |
| Brianna Collard | 1:00 PM | 10:00 PM | | | | | | | | | | | | | |
| Dawn Langdon | 1:00 PM | 10:00 PM | | | | | | | | | | | | | |
| Jerry Tovar | 1:00 PM | 10:00 PM | | | | | | | | | | | | | |
| Alyssa Arreola MB | 5:00 AM | 1:00 PM | L | Y | B | Y | B | | | | | | | | |
| Felix Moreno MB | 5:00 AM | 1:00 PM | L | Rudy | Y | B | Y | | | | | | | | |
| Tabitha Lang MB | 5:00 AM | 1:00 PM | L | Y | B | D | Y | | | | | | | | |
| Akiich MB | 6 | 2 | B | L | Y | B | Y | D | | | | | | | |
| Caleb F | 6:00 AM | 2:00 PM | | | | | | | MB | | | | | | |
| Amir Khosravani Rad MB | 6:00 AM | 2:00 PM | B | L | Y | B | Y | B | | | | | | | |
| Jasmine Sanchez MB | 6:00 AM | 2:00 PM | Y | B | L | Y | B | Y | | | | | | | |
| Mina Sodaei MB | 6:00 AM | 2:00 PM | A | L | A | A | A | Y | | | | | | | |
| Rachel Compson MB | 6:00 AM | 2:00 PM | A | A | A | L | A | Y | | | | | | | |
| Miranda Litvinchuk MB | 6:00 AM | 1:00 PM | D | Y | L | Y | B | D | | | | | | | |
| Christina Campos MB | 6:00 AM | 12:00 PM | L | Y | D | Y | D | | | | | | | | |
| Edward Gharibiangharghi MB | | 12:00 PM | Y | D | Y | B | | | | | | | | | |
| Luz Florez Torres MB | 8:00 AM | 4:00 PM | Y | B | Y | B | L | Y | | | | | | | |
| Melissa Graham | 10:00 AM | 6:00 PM | | | | | | | | | | | | | |
| Jose Ayala MB | 11:00 AM | 7:00 PM | | | | Y | B | Y | | L | | | | | |
| Sampson Ikpo MB | 11:00 AM | 7:00 PM | | | | Y | Y | B | L | | | | | | |
| Alistair Jones MB | 12:00 PM | 8:00 PM | | | | | Y | Y | D | | L | FRO | | | |
| Saad Ahmed | 12:00 PM | 7:00 PM | | | | | CE | CE | CE | CE | L | CE | CE | | |
| Adam Snow BC | 2:00 PM | 10:00 PM | | | | | | | B | Y | L | Box | D | | |
| Ariel Roy BC | 2:00 PM | 10:00 PM | | | | | | | Y | B | Y | D | L | | |
| Charles Sanchez BC | 2:00 PM | 10:00 PM | | | | | | | Y | B | L | Y | B | A | |
| Erica Smolik BC | 2:00 PM | 10:00 PM | | | | | | | D | B | Y | wet | L | A | |
| Holly Pulaski BC | 2:00 PM | 10:00 PM | | | | | | | B | Y | B | L | Y | | |
| Ian Stewart BC | 2:00 PM | 10:00 PM | | | | | | | Y | B | D | L | Y | | |
| Joseph Faler BC | 2:00 PM | 10:00 PM | dru | | | | | | B | Y | L | Y | B | | |
| Joshua Pinkerton BC | 2:00 PM | 10:00 PM | | | | | | | B | D | Y | L | B | | |
| Kaid Roemer BC | 2:00 PM | 10:00 PM | FRO | | | | | | B | B | L | Y | B | | |
| Kevin Malloy BC | 2:00 PM | 10:00 PM | | | | | | | B | B | Y | L | Y | | |
| Leonie Crutchfield BC | 2:00 PM | 10:00 PM | wet | | | | | | B | B | Y | L | B | | |
| Matthew Kim BC | 2:00 PM | 10:00 PM | Box | | | | | | B | B | L | Y | B | | |
| Mel Hinojosa BC | 2:00 PM | 10:00 PM | | | | | | | Y | B | Y | | | | |
| Sevyne Boyer BC | 2:00 PM | 10:00 PM | | | | | | | B | Y | B | L | Y | | |
| Devin Putch BC | 2:00 PM | 7:00 PM | | | | | | | CE | CE | CE | CE | CE | | |
| | | | | | | | | | | | | | | | |

HAPPY SUNDAY! YOU ARE APPRECIATED!

TJC000121

Location: 427 Houston (Memorial), TX

**Wednesday 04/29/20**

| Employee | Start | End | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jerry Tovar | 5:00 AM | 2:00 PM | | | | | * | Y | | | | | | | |
| Dustin Fuller | 8:00 AM | 6:00 PM | | | | | | | | | | | | | |
| Jorge Castillo | 11:00 AM | 8:00 PM | | | | | Y | Y | | | | | | | |
| Dawn Langdon | 1:00 PM | 10:00 PM | | | | | | | | | | | | | |
| Alyssa Arreola | 5:00 AM | 1:00 PM | L | B | Y | Y | B | | | | | | | | |
| Ashley Davis | 5:00 AM | 1:00 PM | Y | B | L | B | | | | | | | | | |
| Felix Moreno | 5:00 AM | 1:00 PM | L | Y | B | Y | B | | | | | | | | |
| Scachica Guerro | 5:00 AM | 1:00 PM | L | D | Y | B | Y | | | | | | | | |
| Amir Khosravani Rad | 6:00 AM | 2:00 PM | B | L | Y | B | Y | B | | | | | | | |
| Jen Jones | 6:00 AM | 2:00 PM | | | | | | | | | | | | | |
| Luz Florez Torres | 6:00 AM | 2:00 PM | | | B | Y | | | | | | | | | |
| Mel Hinojosa | 6:00 AM | 2:00 PM | Y | L | Y | B | B | Y | | | | | | | |
| Mina Sodaei | 6:00 AM | 2:00 PM | Y | L | B | A | A | Y | | | | | | | |
| Rachel Compson | 6:00 AM | 2:00 PM | A | Y | A | L | A | Y | | | | | | | |
| Tabitha Lang | 6:00 AM | 2:00 PM | B | Y | L | D | Y | B | | | | | | | |
| Miranda Litvinchuk | 6:00 AM | 1:00 PM | D | L | B | Y | B | D | | | | | | | |
| Christina Campos | 6:00 AM | 12:00 PM | L | Y | D | Y | | | | | | | | | |
| Sampson Ikpo | 9:00 AM | 5:00 PM | B | Y | Y | B | Y | | | | | | | | |
| Adam Snow | 2:00 PM | 10:00 PM | | | | | D | Y | D | L | Y | B | Y | | |
| Ariel Roy | 2:00 PM | 10:00 PM | | | | | | | B | B | Y | D | L | | |
| Brandon McKenzie | 2:00 PM | 10:00 PM | | | | | | | B | Y | L | Y | B | | |
| David Ferchak | 2:00 PM | 10:00 PM | | | | | | | | | | | | | |
| Jose Ayala | 2:00 PM | 10:00 PM | | | | | | | Y | B | Y | L | Y | | |
| Joseph Faler | 2:00 PM | 10:00 PM | | DRY | | | | | Y | D | B | L | B | | |
| Kaid Roemer | 2:00 PM | 10:00 PM | | FROZEN | | | | | B | Y | L | B | B | | |
| Kevin Malloy | 2:00 PM | 10:00 PM | | | | | | | Y | B | D | L | D | | |
| Leonie Crutchfield | 2:00 PM | 10:00 PM | | WET | | | | | B | B | L | Y | B | | |
| Mark Cummings | 2:00 PM | 10:00 PM | | | | | | | Y | Y | L | B | Y | | |
| Matthew Kim | 2:00 PM | 10:00 PM | | | | | | | B | Y | B | Y | L | | |
| Naemeh Alizadeh | 2:00 PM | 10:00 PM | | | | | | | Y | B | Y | L | Y | | |
| Patrick Adusei Poku | 2:00 PM | 10:00 PM | | B | | | | | B | Y | B | Y | L | | |
| Andrew Vaughn | 3:00 PM | 10:00 PM | | | | | | | B | B | Y | Y | L | | |
| Elizabeth | | | | | | | | | B | Y | B | Y | | | |
| | | | 15 15 | 16 16 | 16 16 | 17 17 | 16 16 | 12 12 | 17 17 | 18 18 | 18 18 | 17 17 | 16 16 | 16 16 | 15 15 |
| | | | 3 | 5 | 5 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | | |

TJC000122

**Thursday 04/30/20**

Location: 427 Houston (Memorial), TX

| Employee | Start | End | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Madilyn Brumley | 5:00 AM | 2:00 PM | | | | | | | | | | | | | |
| Dustin Fuller | 8:00 AM | 6:00 PM | | | | | | | | | | | | | |
| Jorge Castillo | 11:00 AM | 8:00 PM | | | | | | | | | | | | | |
| Rudy Rindlisbacher | 1:00 PM | 10:00 PM | | | | | | | | | | | | | |
| Alyssa Arreola MB | 5:00 AM | 1:00 PM | L | Y | B | Y | B | | | | | | | | |
| Ian Stewart MB | 5:00 AM | 1:00 PM | L | Y | B | Y | Y | | | | | | | | |
| Jasmine Sanchez MB | 5:00 AM | 1:00 PM | L | Y | B | Y | D | | | | | | | | |
| Scachica Guerro MB | 5:00 AM | 1:00 PM | L | Y | B | Y | B | | | | | | | | |
| Akiich Ojoch MB | 6:00 AM | 2:00 PM | B | L | Y | B | Y | Y | | | | | | | |
| Amir Khosravani Rad MB | 6:00 AM | 2:00 PM | B | L | Y | B | Y | B | | | | | | | |
| Caleb Friedman MB | 6:00 AM | 2:00 PM | B | Y | L | B | Y | Y | | | | | | | |
| Gloria Lee MB | 6:00 AM | 2:00 PM | Y | L | Y | B | Y | B | | | | | | | |
| Luz Florez Torres MB | 6:00 AM | 2:00 PM | D | L | Y | B | Y | Y | | | | | | | |
| Mel Hinojosa MB | 6:00 AM | 2:00 PM | Y | B | L | Y | B | Y | | | | | | | |
| Mina Sodaei MB | 6:00 AM | 2:00 PM | A | L | A | A | A | Y | | | | | | | |
| Christina Campos MB | 6:00 AM | 12:00 PM | L | Y | D | Y | | D | | | | | | | |
| Edward Gharibiangharghi | 6:00 AM | 12:00 PM | Y | D | Y | D | | | | | | | | | |
| Alistair Jones | 9:00 AM | 5:00 PM | | B | Y | B | L | Y | B | Y | Y | | | | |
| Dawn Langdon | 10:00 AM | 4:00 PM | | | | | | | | | | | | | |
| Brandon McKenzie | 2:00 PM | 10:00 PM | | | | | | | | | L | Y | D | | |
| Erica Smolik | 2:00 PM | 10:00 PM | | | | | | | B | Y | Y | L | Y | B | B |
| Holly Pulaski | 2:00 PM | 10:00 PM | | | | | | | Y | B | Y | B | L | B | B |
| Jose Ayala | 2:00 PM | 10:00 PM | | | | | | | B | Y | Y | Y | Y | / | / |
| Joseph Faler | 2:00 PM | 10:00 PM | | | Dry | | | | Y | B | D | L | B | B | B |
| Kaid Roemer | 2:00 PM | 10:00 PM | | | frozen | | | | B | Y | L | Y | B | B | B |
| Amy Hoang | 2:00 PM | 10:00 PM | | | WET! | | | | B | Y | B | L | Y | B | B |
| Kevin Malloy | 2:00 PM | 10:00 PM | | | | | | | D | Y | Y | Y | L | | |
| Leonie Crutchfield | 2:00 PM | 10:00 PM | | | | | | | Y | B | L | Y | B | D | B |
| Matthew Kim | 2:00 PM | 10:00 PM | | | | | | | Y | D | L | B | Y | B | |
| Naemeh Alizadeh | 2:00 PM | 10:00 PM | | | | | | | Y | B | Y | B | L | | |
| Sampson Ikpo | 2:00 PM | 10:00 PM | | | | | | | Y | B | | D | L | B | B |
| Sevyne Boyer | 2:00 PM | 10:00 PM | | | | | | | B | Y | B | Y | L | B | Y |
| Joshua Pinkerton | 3:00 PM | 10:00 PM | | | | | | | | | | Y | L | Y | |



6  6  6  5  5

TJC000123

Location: 427 Houston (Memorial), TX

**Thursday 04/30/20**

| Employee | Start | End | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Madilyn Brumley | 5:00 AM | 2:00 PM | | | | | | | | | | | | | |
| Dustin Fuller | 8:00 AM | 6:00 PM | | | | | | | | | | | | | |
| Jorge Castillo | 11:00 AM | 8:00 PM | | | | | | | | | | | | | |
| Rudy Rindlisbacher | 1:00 PM | 10:00 PM | | | | | | | | | | | | | |
| Alyssa Arreola MB | 5:00 AM | 1:00 PM | L | Y | B | Y | B | | | | | | | | |
| Ian Stewart MB | 5:00 AM | 1:00 PM | L | Y | B | Y | Y | | | | | | | | |
| Jasmine Sanchez MB | 5:00 AM | 1:00 PM | L | Y | B | Y | D | | | | | | | | |
| Scachica Guerro MB | 5:00 AM | 1:00 PM | L | Y | B | Y | B | | | | | | | | |
| Akiich Ojoch MB | 6:00 AM | 2:00 PM | B | L | Y | B | Y | Y | | | | | | | |
| Amir Khosravani Rad MB | 6:00 AM | 2:00 PM | B | L | Y | B | Y | B | | | | | | | |
| Caleb Friedman MB | 6:00 AM | 2:00 PM | B | Y | L | B | Y | Y | | | | | | | |
| Gloria Lee MB | 6:00 AM | 2:00 PM | Y | L | Y | B | Y | B | | | | | | | |
| Luz Florez Torres MB | 6:00 AM | 2:00 PM | D | L | Y | B | Y | Y | | | | | | | |
| Mel Hinojosa MB | 6:00 AM | 2:00 PM | Y | B | L | Y | B | Y | | | | | | | |
| Mina Sodaei MB | 6:00 AM | 2:00 PM | A | L | A | A | A | Y | | | | | | | |
| Christina Campos MB | 6:00 AM | 12:00 PM | L | Y | D | Y | D | | | | | | | | |
| Edward Gharibiangharghi MB | 6:00 AM | 12:00 PM | Y | D | Y | D | | | | | | | | | |
| Alistair Jones DM | 9:00 AM | 5:00 PM | | B | Y | B | L | Y | B | Y | Y | | | | |
| Dawn Langdon | 10:00 AM | 4:00 PM | | | | | | | | | | | | | |
| Brandon McKenzie ML | 2:00 PM | 10:00 PM | | | | | | | | | L | Y | D | | |
| Erica Smolik | 2:00 PM | 10:00 PM | | | | | | | B | Y | Y | L | Y | B | B |
| Holly Pulaski | 2:00 PM | 10:00 PM | | | | | | | Y | B | Y | B | L | B | B |
| Jose Ayala | 2:00 PM | 10:00 PM | | | | | | | B | Y | Y | Y | Y | Y | Y |
| Joseph Faler | 2:00 PM | 10:00 PM | | Dry | | | | | Y | B | D | L | B | B | B |
| Kaid Roemer | 2:00 PM | 10:00 PM | | Frozen | | | | | B | B | L | Y | B | B | B |
| Amy Hoang | 2:00 PM | 10:00 PM | | WET! | | | | | B | Y | B | L | Y | B | B |
| Kevin Malloy | 2:00 PM | 10:00 PM | | | | | | | D | Y | Y | Y | L | | |
| Leonie Crutchfield | 2:00 PM | 10:00 PM | | BYY | | | | | Y | B | L | Y | B | D | B |
| Matthew Kim | 2:00 PM | 10:00 PM | | | | | | | Y | D | L | B | Y | B | |
| Naemeh Alizadeh DM | 2:00 PM | 10:00 PM | | | | | | | Y | B | Y | B | L | | |
| Sampson Ikpo | 2:00 PM | 10:00 PM | | | | | | | Y | B | D | L | Y | B | B |
| Sevyne Boyer | 2:00 PM | 10:00 PM | | | | | | | B | Y | Y | Y | L | B | B |
| Joshua Pinkerton | 3:00 PM | 10:00 PM | | | | | | | | | Y | L | Y | | |



6  6  6  5  5