# Exhibit H

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **JOSE AYALA,** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:21-CV-00408** |
| | § | |
| **TRADER JOE'S COMPANY,** | § | |
| | § | |
| **DEFENDANT.** | § | |

<u>DECLARATION OF JORGE CASTILLO</u>

1.      My name is Jorge Castillo.  I am over 21 years of age.  I am of sound mind, capable of making this Declaration, and personally acquainted with the facts set forth herein. All statements made in this Declaration are true and correct and are based upon my personal knowledge.

2.      I am currently employed by Trader Joe's as a Mate (assistant manager) at Trader Joe's Store 429 in Katy, Texas, and I was a Mate at Store 427 in Houston, Texas for the entire time Plaintiff Jose Ayala ("Ayala") worked at Store 427 as Crew Member.  I have been employed by Trader Joe's since approximately 2007.  In 2008, I was promoted to Mate.

3.      Beginning in March 2020, Trader Joe's implemented COVID-19 protocols to maintain the health and safety of its Crew Members and customers.

4.      Beginning in April 2020, Trader Joe's implemented Crew Member Wellness Checks ("Wellness Checks") on a daily basis, wherein Crew Members would answer a series of precautionary health questions.  In my capacity as Mate, it was my responsibility to conduct the Wellness Checks.  If a Crew Member answered yes to any of the questions, they were sent home. If a Crew Member answered no to all the questions, they were cleared to work, and we initialed the attendance log next to the Crew Member's name.

1

5. I worked on April 29, 2020. At around 2:00 p.m., I made my rounds to perform the Wellness Checks. Ayala was working that day. I pulled Ayala aside and verbally asked him the Wellness Check questions, including "[d]o you live with anyone who has tested positive for COVID-19 . . ." and "[a]re you awaiting results for COVID-19." Ayala answered no to all the Wellness Check questions. Since Ayala answered no to all the Wellness Check questions, I cleared Ayala to work and initialed the attendance log next to Ayala's name.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Jorge Castillo

Date ____ 6/7/22 ____

2