# Exhibit I

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **JOSE AYALA,** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:21-CV-00408** |
| | § | |
| **TRADER JOE'S COMPANY,** | § | |
| | § | |
| **DEFENDANT.** | § | |

<u>DECLARATION OF DAWN LANGDON</u>

1.      My name is Dawn Langdon. I am over 21 years of age. I am of sound mind, capable of making this Declaration, and personally acquainted with the facts set forth herein. All statements made in this Declaration are true and correct and are based upon my personal knowledge.

2.      I am currently employed by Trader Joe's as a Mate (assistant manager) at Trader Joe's Store 427 in Houston, Texas, and I was a Mate for the entire time Plaintiff Jose Ayala ("Ayala") worked at Store 427 as Crew Member. I have been employed by Trader Joe's since approximately 2000, with a few breaks in-between.

3.      Beginning in March 2020, Trader Joe's implemented COVID-19 protocols to maintain the health and safety of its Crew Members and customers.

4.      Beginning in April 2020, Trader Joe's implemented Crew Member Wellness Checks ("Wellness Check") on a daily basis, wherein Crew Members would answer a series of precautionary health questions. In my capacity as Mate, it was my responsibility to conduct the Wellness Checks. If a Crew Member answered yes to any of the questions, they were sent home. If a Crew Member answered no to all the questions, they were cleared to work, and we initialed the attendance log next to the Crew Member's name.

1

5.      I worked on April 30, 2020.  As soon as I clocked-in, I made my rounds to perform the Wellness Checks.  I noticed that Ayala had clocked-in early and was already on the sales floor working in the meat section.  I reviewed the attendance log and noticed that Ayala had not been asked the Wellness Check questions.  Because Ayala was already on the sales floor, I handed Ayala the Wellness Check questions to read over.  Ayala answered no to all the questions.  Since Ayala answered no to all the Wellness Check questions, I cleared Ayala to work and initialed the attendance log next to Ayala's name.

6.      A few hours later, I asked Ayala to come to the office and sign and acknowledge the COVID-19 Infection Prevention Safety Notebook appendix ("Appendix"), which included a list of the Wellness Check questions.  I informed Ayala that the information in the Appendix was not new and that the Company wanted to give Crew Members an opportunity to read the Appendix.  I also told Ayala that I was here to answer any questions or concerns.  I stayed in the office while Ayala reviewed the Appendix and list of Wellness Check questions and signed the acknowledgment.  Ayala had no questions for me after he reviewed and signed the Appendix.

7.      A couple hours later, I saw Ayala approach Captain Dustin Fuller, clock out, and leave work before his shift was scheduled to end.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date    6/6/2022

Dawn Langdon

2