# Exhibit J

**From:**     dustin fuller
**To:**       Liz Hancock
**Subject:**  COVID
**Date:**     Sunday, May 3, 2020 3:24:33 PM

On Thursday April 30th around 330pm Jose Ayala (1024612) approached me on the sales floor and told me he had something to tell me.  He said that he had just read over the update for the safety manual and needed to tell me something.

He said that he had been tested for COVID19 on Monday (April 27th)

I said what??? Why are you working? You have to go home. I asked him why he hadn't said anything before since that is one of the questions on the wellness check. He said he don't know  and that he thought he was doing the right thing by not saying anything until he got the results. I shook my head and said no thats why thats on the wellness check. You have to go home.

He said ok and apologized for not saying anything. And he went to clock out.

On Friday May 1st, I contacted him to see how he was doing. At 6pm he let me know that he just got a phone call and unfortunately it came back positive. He said they (he and his girl friend, Dilly, who works at store 431) were asked to start quarantine for the next 14 days and that they needed to get another test on May15.

I told him that I wish he would have told me they had been tested before coming to the store. He apologized and said he did not realize he had to do that and apologized again. He said they felt like they were doing the right thing by waiting for their results before telling me.

I reiterated that it is one of the questions on the wellness checks. I then let him know that I would need to reach out to him again with more questions. He said ok.

I then Let Liz know that a crew member at my store told me today (Friday May 1st) that he had tested positive for COVID.

Dustin Fuller

TJC000143