# Exhibit K

| | |
|---|---|
| **From:** | dustin fuller |
| **To:** | Liz Hancock |
| **Subject:** | Fw: Statement for Jorge |
| **Date:** | Sunday, May 3, 2020 3:02:42 PM |

Jorge Castillo's statement

----- Forwarded Message -----
**From:** Jorge Castillo <mr84030@gmail.com>
**To:** "djfuller3@yahoo.com" <djfuller3@yahoo.com>
**Sent:** Sunday, May 3, 2020, 03:54:23 PM CDT
**Subject:** Statement for Jorge

On Wednesday March 29th, 2020 I, Jorge Castillo (Mate), worked an 11am-8pm shift at Store #427.   At about 2 pm, I started to make my rounds around the store asking every crew member all the questions on the form and immediately initialing next to the names of whom I had already asked all the questions on the Wellness Check form. One of those crewmembers was Jose Ayala. I asked Jose the following questions privately:

Are you experiencing any of the following symptoms consistent with COVID-19?

-Fever   HE ANSWERED "NO"

-Cough HE ANSWERED "NO"

-Shortness of breath or difficulty breathing      HE ANSWERED "NO"

-Chills   HE ANSWERED "NO"

-Repeated shaking with chills    HE ANSWERED "NO"

-Muscle pain     HE ANSWERED "NO"

-Headache       HE ANSWERED "NO"

-Sore Throat     HE ANSWERED "NO"

-New loss of taste or smell       HE ANSWERED "NO"

Do you live with anyone who has tested positive for COVID-19 in the past 14 days or who is currently awaiting results for COVID-19?   HE ANSWERED "NO"

Are you awaiting results for a COVID-19 test?     HE ANSWERED "NO"

After Jose had answered "NO" to all the questions on the form I initialed the log next to his name to confirm that he had been asked the questions. Since he answered "NO" to all the

TJC000145

questions Jose was allowed to continue to work.

Jorge Castillo (Mate)

ID#1078332

TJC000146