# Exhibit L

On Thursday April 30 I saw Jose had arrived and clocked in early, not sure what time he actually clocked in I just noticed that he was working, then I wondered if anyone was in the bridge when he clocked in so I went to check the log and no one had initialed for a wellness check. At this time I took the wellness check sheet to Jose as he was already working and on the sales floor and asked him to read and answer the questions. He answered no to all questions so I initialed he was good to work his shift, this was sometime around 1:30pm.

At the start of the 3:00pm hour I had Jose come in to the bridge to read the Appendix for the safety notebook on Covid-19 infection prevention. We are having all crew members read word for word our new addition to the safety notebook and sign to acknowledge, myself I start every conversation by letting them know this is a new appendix to our safety notebook and as most of the information is not new, possibly just updated and although these are the same things we are talking about all day everyday we want to give everyone the opportunity to read this word for word with me standing by to answer any questions or concerns they may have. Jose had no questions while or when he was done reading. He signed it and went back to his customer experience role.

At 3:40pm I saw Jose come up to the time clock with Dustin and clock out to go home.

Dawn Langdon

5/3/20