# Exhibit Q

projected hours may be added to your worked hours up to a maximum of 501. The additional hours will not qualify you for a company contribution or count towards vesting. If you have already worked more than 501 hours in that calendar year, you will not have a break in service and no projected hours will need to be added. The calculation of this projection remains solely within the discretion of Trader Joe's.

### Returning from Leave

You are required to keep the company informed of the status of your leave. When you are able to return to work, we ask that you provide the company with sufficient notice to enable the company to transition staff as needed. You will be required to provide certification from your physician stating you are released to return to work. Certification should be uploaded into our leave tracking system.

Reasonable efforts will be made to return you to work as soon as possible. Trader Joe's may identify a transitional position that fits within your job restrictions. In this case, you will be expected to return to this position in accordance with the Trader Joe's Return-to-Work (RTW) Program. For detailed information concerning the RTW Program, please contact Human Resources.

If you upload certification that is insufficient, you will be given seven (7) days to provide the necessary clarification from your doctor. Your Family/Medical Leave may be denied if we do not receive this information in a timely manner. Failure to return from your leave at the expected return date will be considered a voluntary resignation of your employment. Further, in the event that the business must downsize operations during your leave of absence, you will be considered in the selection process as if you were an active crew member.

If you return within the applicable allowed time noted above, the company will make every effort to return you to your former position. In the event that this is not possible, because your absence created a hardship on the business, you will be offered whatever position is open at Trader Joe's for which you are qualified, if any.

## Family/Medical Leave

All crew members who have been employed for at least 12 complete months, worked at least 1,250 hours in the 12-month period prior to the leave request and have not exhausted the 12 weeks of leave in the previous 12-month period may be eligible for a leave under the federal Family and Medical Leave Act (FMLA). However in certain states, eligibility requirements, reasons for leave, and leave duration may differ (refer to the "Other Leaves" section for details). Trader Joe's will act within the legal parameters provided by these states.

TJC000261

## Duration

If eligible, you are entitled to take up to 12 workweeks in a 12-month period. The 12-month period is measured backward from the date a crew member uses any Family/Medical leave.

## Reason for Leave



- To care for a newborn child;
- To care for a newly placed adopted or foster child in your home;
- To care for your child, spouse, qualified domestic partner or parent who has a serious health condition; or
- For treatment or incapacity (inability to work) due to your own serious health condition.

Leave taken for any of these reasons will be counted as Family/Medical leave. To the extent permitted by law, Family/Medical leave shall run concurrently with any other leave to which you are entitled. In some circumstances, Family/Medical leave may be taken intermittently or on a reduced schedule.

Leave taken for the birth, adoption, or foster care placement of a child must be completed within one year of the birth, adoption, or placement.

## Leave Notice

Notice must be provided as soon as practicable — preferably within one (1) or two (2) days of learning of the need for the leave. Shortly after you submit a request into the leave tracking system, the company will provide you with notice that the leave will count under FMLA or any other applicable state leave. You will also be provided with a notice of your rights/requirements.

## Medical Certification

If the leave is due to your own illness or to care for an ill family member, you must provide certification from the health care provider.

If the leave is needed for your own serious health condition, the certification must contain the following information:

a) Date of commencement of the serious health condition;

b) Probable duration of the condition; and

TJC000262

c) That you are unable to perform the functions of your position because of the serious health condition or must be absent from work for medical treatment.

If the leave is needed to care for an ill family member, the certification must contain the following information:

a) Date of commencement of the serious health condition;

b) Probable duration of the condition;

c) Estimated amount of time the crew member will need to provide care; and

d) That the serious health condition warrants the participation of a family member to provide care.

Failure to provide a timely medical certification may result in denial of a Family/Medical leave.

If the leave is due to your own illness, the company may require you to obtain a second medical certification from a health care provider selected by Trader Joe's. In the event the first and second opinions differ, the company may require you to obtain a third medical certification from a mutually agreed upon health care provider. The third opinion will be binding on the crew member and the company. The second and third medical opinions, if required by the company, will be at the company's expense.

In addition, if your leave is due to your own serious health condition, the company will require certification by your health care provider that you are fit to return to your position before you will be restored to your job.

### Qualifying Exigency Leave

Crew members who meet the FMLA qualifications are eligible for Qualifying Exigency (QE) Leave. QE Leave is available to crew members whose spouse, son, daughter, or parent belongs to the National Guard, Reserves, or Armed Forces who are on, or are being called to, active duty.

If you are eligible for Qualifying Exigency Leave, you are entitled to take up to 12 workweeks in a 12-month period. The 12-month period is measured backwards from the date a crew member uses any Family/Medical Leave. Some examples of QE Leaves are as follows:

- Military events and related activities;
- Certain childcare and related activities;
- Making or updating financial and legal arrangements;
- Issues arising from a covered military member's short-notice deployment;

TJC000263

- Attending counseling provided by someone other than a health care provider for self, covered military member, or the child of the covered military member;

- Spending time with a covered military member who is on rest and recuperation leave during deployment;

- Attending to certain post-deployment activities; or

- Any other event that the crew member and employer agree is a qualifying exigency.

Leave taken for any of these reasons will be counted as Qualifying Exigency Leave. To the extent permitted by law, QE Leave will run concurrently with any other leave you are entitled to and may be taken intermittently or on a reduced schedule.

You will need to provide proper documentation certifying this leave as soon as reasonable and practicable. In addition to providing the necessary certification, if the qualifying exigency involves a meeting with a third party, we may also require verification of the schedule and purpose of the meeting.

If you have any questions regarding Qualifying Exigency Leave, contact Human Resources.

## Military Caregiver Leave

Crew members who qualify for Family/Medical Leave are eligible for Military Caregiver Leave and may request time off to care for a spouse, son, daughter, parent, or the next of kin* of a covered service member**. Eligible crew members are entitled to take up to 26 workweeks in a 12-month period, alone or in combination with any other Family/Medical Leave. This leave allows time to care for a covered service member who is recovering from a serious illness or injury sustained in the line of duty, is on active duty, and is medically unfit to perform military duties.

Military Caregiver Leave can be taken intermittently and is provided for each covered service member, per injury or illness. The maximum amount of leave allowed under Military Caregiver Leave is 26 workweeks in a 12-month period that begins on the first day of Military Caregiver Leave.

Contact Human Resources for additional information regarding Military Caregiver Leave.

* "Next of kin" is defined as the nearest blood relative of the service member other than the service member's spouse, parent, son, or daughter. Trader Joe's may require confirmation of this relationship.

** A "covered service member" is a seriously ill or injured current member of the Armed Forces, the National Guard, or Reserves and must be undergoing medical treatment, recuperation, therapy, or is in outpatient status or on the temporary disability retired list.

54

TJC000264

*Reinstatement*

With few exceptions, crew members who return from an approved leave will be restored to the same or equivalent position.  If, however, due to business reasons, the same or equivalent position ceased to exist during your leave, and, had you not taken the leave, you would not otherwise have been employed at the time reinstatement is requested, Trader Joe's may not be required to reinstate you.  If you fail to return to work at the end of the approved leave period, you will be considered to have voluntarily resigned.

Additional information regarding Family/Medical leaves is posted in a conspicuous location in your store.  Family/Medical leaves will be handled as required by federal law and state laws and crew members who have any questions regarding Family/Medical leaves should contact Human Resources.

## Work-Related Medical Leave

In the event that you become injured or ill as a result of your duties at Trader Joe's, you must report your injury or illness, no matter how minor, to your supervisor immediately.  You will be placed on a leave as required by a physician's written recommendation.  To the extent possible and as required by applicable laws, you will be returned to your former position or a comparable position when your physician certifies that you may return to work.  Should your doctor indicate that you are unable to work your normal job, you may be placed on modified duty in accordance with Trader Joe's Return-to-Work Program.

To the extent permitted by applicable laws, a work-related medical leave runs concurrent with any other leave to which you are entitled.

Additional information about work-related leave provisions is available from Human Resources.

## Trader Joe's Medical Leave

If you do not qualify for FMLA, or similar state-provided leaves, and you have been employed for at least six (6) complete months and have worked at least 500 hours in the 12-month period prior to the request, you may request a Medical Leave for up to 120 days in a rolling 12-month period for your own health condition.  To request a medical leave, you must submit a request through our leave tracking system.  You will be required to submit certification that includes the date the disability is to begin, the probable duration, and a statement that the disability renders you unable to perform your job duties.

TJC000265

To the extent permitted by applicable laws, a Trader Joe's Medical Leave runs concurrent with any other leave to which you are entitled.

Failure to provide a timely medical certification may result in denial of a Trader Joe's Medical Leave.  In addition, the company will require certification by your health care provider that you are fit to return to your position before you will be allowed to return to work.

If you are unable to return to work within 120 days of your medical leave, you will exhaust your leave of absence.  You will be considered as having voluntarily resigned from your employment with Trader Joe's due to your inability to return from leave.  However, if your condition meets the definition of a disability under the Americans with Disabilities Act (ADA), you may be eligible to apply for an extended leave of absence.  To be considered, you must submit the following documentation:

- Certification from your doctor stating that you have a covered disability;
- A description of limitations on your ability to perform your job duties; and
- A proposal of accommodations.

We will review your information and determine whether the accommodation can be provided. This decision will be made at the discretion of the company.  You may contact Human Resources for additional information.

TJC000266